E-FILED: 4-02-2014
Closed - re: Doc 104

BROWN, WEGNER & BERLINER LLP
William J. Brown, Jr. (SBN 192950)
bill@bwb-lawyers.com
Stephen M. McNamara (SBN 125862)
smcnamara@bwb-lawyers.com
Katherine R. Stevens (SBN 272369)
kstevens@bwb-lawyers.com
2603 Main Street, Suite 1050
Irvine, California 92614
Telephone: 949.705.0080
Facsimile: 949.794.4099

Attorneys for Plaintiff BUILDING MATERIALS
CORPORATION OF AMERICA d/b/a GAF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUILDING MATERIALS CORPORATION OF AMERICA, a Delaware corporation, d/b/a GAF, <br><br> Plaintiff, <br><br> v. <br><br> MASTER STONE TRADING COMPANY, a California corporation, PAUL HEBLOS, an individual, and LISHA WANG, an individual, <br><br> Defendants. | Case No. CV12-3378 PSG(JEMx) <br><br> **STIPULATED FINAL JUDGMENT** <br><br> Discovery Cutoff: March 5, 2013 <br> Complaint filed: April 18, 2012 <br> PreTrial Conference: June 3, 2013 <br> Trial: June 11, 2013 |

Case No. CV12-3378 PSG(JEMx)
STIPULATED FINAL JUDGMENT

Plaintiff Building Materials Corporation of America d/b/a GAF ("GAF") and Defendant Master Stone Trading Company ("Master Stone") stipulate as follows:

1. The Court has jurisdiction over the subject matter of this lawsuit and over the parties hereto.

2. This Stipulated Judgment has been entered into by GAF and Master Stone pursuant to a Settlement Agreement, dated as of May 31, 2013.

3. Pursuant to the Settlement Agreement, GAF and Master Stone have agreed that this judgment shall not be filed with the Court unless Master Stone defaults on its obligations under the Settlement Agreement.

THEREFORE, good cause appearing, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Plaintiff GAF recover from Master Stone the sum of $250,000.00 (minus any payments from Paul Heblos or Master Stone to GAF pursuant to the Settlement Agreement), plus interest on that sum at the rate of 10% per annum from the date hereof.

2. Plaintiff GAF is allowed all writs and processes provided by law for the enforcement of this Judgment.

DATED: April 1, 2014

**PHILIP S. GUTIERREZ**
HON. PHILIP S. GUTIERREZ
United States District Judge

IT IS SO STIPULATED.

DATED:

BUILDING MATERIALS CORPORATION OF AMERICA d/b/a GAF

By: [signature] Senior Counsel

DATED: May        , 2013          MASTER STONE TRADING COMPANY

By: /s/ Paul Heblos
Paul Heblos